UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCEL E. CHAPMAN,

    Plaintiff,

v.

SAN MATEO COUNTY, et al.,

    Defendants.

Case No. 21-cv-09038-HSG

**ORDER REQUIRING PLAINTIFF TO IDENTIFY OPERATIVE COMPLAINT**

Re: Dkt. Nos. 14, 16

    Plaintiff, an inmate at Maguire Correctional Facility, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On March 1, 2022, the Court screened Plaintiff's amended complaint (Dkt. No. 14) and ordered him to show cause by March 29, 2022, which this action should not be dismissed for failure to exhaust administrative remedies. Dkt. No. 15. On March 3, 2022, the Court docketed another complaint from Plaintiff, which had the case number 21-cv-9038 HSG written in the caption, and was signed on March 28, 2022. Dkt. No. 16. The amended complaint (Dkt. No. 14) alleged that Maguire Correctional Facility custody officer Richardson is not allowing Plaintiff to wear his medical footwear in violation of the Eighth Amendment. Dkt. No. 14. Dkt. No. 16 names only San Mateo County as a defendant and alleges that on March 1, 2021, the "San Mateo Sheriff County Authorities" stopped all incoming mail, including handwritten letters, in violation of the Equal Protection Clause and the First Amendment. Dkt. No. 16. The two complaints currently before the Court allege different claims against different defendants. Within **fourteen (14) days** of the date of this order, Plaintiff must inform the Court whether Dkt. No. 14 or Dkt. No. 16 is the operative complaint.

    The record indicates that Plaintiff repeatedly files complaints in the record, Dkt. Nos. 1, 5, 14, 16, and separately files supporting affidavits or exhibits, Dkt. Nos. 6, 7, 9 10, 13. Plaintiff is

reminded that there can only be **one** operative complaint. Each complaint filed supersedes all the prior complaints. If Dkt. No. 16 is the operative complaint, the amended complaint (Dkt. No. 14) has no legal meaning, i.e. the action would proceed only on the cognizable claims (if any) in Dkt. No. 16 and not on the cognizable claims (if exhausted) in the amended complaint (Dkt. No. 14). This action cannot proceed until the operative complaint has been screened and cognizable claims have been identified. Plaintiff's repeated filings of unrelated complaints prevents this action from moving forward.

As indicated above, within **fourteen (14) day**s of the date of this order, Plaintiff must inform the Court whether Dkt. No. 14 or Dkt. No. 16 is the operative complaint. If Dkt. No. 14 remains the operative complaint, Plaintiff must respond to the Court's March 1, 2022 Order to Show Cause in the time provided in that order. If Dkt. No. 16 is the operative complaint, the Court will screen Dkt. No. 16 in a separate order.

**IT IS SO ORDERED.**

Dated: 3/7/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2