UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL E. CHAPMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY,<br><br>  Defendant. | Case No. 21-cv-09038-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER OR DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 23 |

Good cause being shown, Defendant's request for an extension of time to file his answer or dispositive motion is GRANTED. Dkt. No. 23. Defendant shall file his answer or dispositive motion by September 9, 2022. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendant no later than 28 days from the date the motion is filed. Defendant shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 7/1/2022

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge