Case Name: _____ Case #: 21-CV-09038-HSG

1. Anthony L. Webb #1226443
2. Maguire Correctional Facility
3. 300 Bradford Street
4. Redwood City, CA 94063

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Marcel E. Chapman | CASE NO. 21-CV-09038-HSG |
| Plaintiff, | Anthony L. Webb Declaration in |
| vs | Support of Plaintiff Marcel E. Chapman |
| San Mateo County | Opposition Motion to Defendant |
| Defendant | Motion for Summary Judgment |
| | or in the Alternative For |
| | Summary Adjudication |

I, Anthony L. Webb Declares As Follows:

1. I am an inmate held in custody at the Maguire Correctional Facility 300 Bradford Street, Redwood City, CA 94063. On January 05, 2019 and been held in custody going on 4 years up until this present time.

2. I am a witness to this First Amendment Constitutional Violation allege to my continued rights being deprived not to receive

Pleading Title: Opposition Motion to Defendant Summary Judgment     Page 1 of 1

Case Name: _____ Case #: 21-CV-09038-HSG

1. INCOMING COMMUNITY handwritten MAIL. I have been deprived TO Receive handwritten MAILED letters From my immediate Family members, Children, Friends, And other Business sources

3. Such as my insurance Adjuster Life insurance company who Regularly updates me while in custody my Life insurance policy Information.

4. Since correctional Officer "William Robinson" Assume someone had smuggle some Suboxone Strips in Maguire correctional Facility.

5. I have been deprived my First Amendment Constitutional Rights to Receive Religion materials bibles, and other business Resources such as college courses TO UTilize my custody Time wisely TO educate myself TO put Forth AN good effort to Reach goals and Achievements. before my custody Release. ALL my Good intention Has been "Shattered"

6. I No longer Receive Community Vender Services Afore-mentioned Above And No longer Receive handwritten Community mail letters under The Assumption of The San mateo County Sheriff's Office Old corrections Division policy And procedure Manual Applicable to All Facilities See Exhibit A Attachment Division policy and procedure Manual Applicable to All Facilities Section 13,04A Title 15 Sec 1063, 1066 & 1068

Pleading Title: Opposition motion to Defendant Summary Judgment          Page 2 of 2

Case Name: _____   Case #: _____

7. IN FACT, All HANdWRITTEN MAIL Custody letters THAT Are Address TO THE Maguire CORRECTIONAL facility 300 BRAdFord Street, Redwood City, CA 94063 UPON ARRIVAL HANdWRITTEN MAIL CUStody letters ANd Vender Services. ALL maguire CORRECTIONAL facility STAFF authorities Officials RETURN ALL Community MATerials back TO THE Community Senders. See Exhibit B.

8. And exhibit A original MANUAL Custody FACILITY MAIL policy And procedure is No longer a Custody Facility Mail policy. And procedure. And This is most definitely A Geniune material Fact that is in dispute And A Trialable Issue.

I, Submit This declaration In Support OF PLAINTIFF opposition Motion For Summary Judgment Filed IN THE Above matter

The Following Facts Are True And Correct To my personal knowledge or based on Information And belief, and as To Those facts based on The Information and belief, I believe Them To be True, If Called As a Witness, I could And would Testify Competently As To these Matters

I, declare under penalty of perjury under The Laws of the United States And The State of California That The Foregoing is True And Correct

Executed on this 30 day of September 2022, IN Redwood City

Anthony L. Webb Signature

witness.

Pleading Title: Oppostion Motion To Defendant Summery Judgment          Page 2 of 3

EXHIBIT

A

| San Mateo County Sheriff's Office **Corrections Division** Policy and Procedures Manual Applicable to all facilities | Section: 13.04 | Number of Pages: 3 |
|---|---|---|
| | Related Standards: Correction Division P&P Manual, Section 13.04A; Title 15, Section 1063, 1066 & 1068 | |
| | Issue Date: 01/01/94 | Revision Date: 01/01/21 |
| Chapter: Inmate Visiting, Communication & Correspondence | Subject: Inmate Mail | |

I. **PURPOSE:** To establish a policy and set up a procedure for the sorting and distribution of mail sent to and from the inmates at San Mateo County Correctional Facilities.

II. **POLICY:** The Corrections Division will ensure that inmates housed at either the Maguire Correctional Facility or Maple Street Correctional Center will be able to correspond via the U.S. Mail in accordance with Title 15 guidelines. Incoming and outgoing mail will be distributed in a timely fashion.

   A. There is no limitation on the volume of mail that an inmate may send or receive. Inmates may correspond, confidentially, with State and Federal Courts, any member of the State Bar or holder of public office, the State Corrections Standards Authority, and a Watch Commander or the Corrections Division Commander.

   B. Those inmates who are without funds shall be permitted at least two postage paid letters each week to permit correspondence with family members and friends but without limitation on the number of postage paid letters to his/her attorney and to the courts.

III. **PROCEDURES:**

   A. INCOMING MAIL:

      1. Incoming mail will be delivered to the bins in the front Lobby area of the Maguire Correctional Facility and the Maple Street Correctional Center.

      2. Night shift Lobby Staff will sort the mail, verifying that the inmate is in custody, write the inmate's housing unit on the front of the envelope and sort the mail according to housing unit.

      3. Newspapers, magazines, periodicals or books sent through the U.S. mail must be mailed directly from the publisher or any approved dot com bookstore. If they do not meet this requirement, the item will be returned to the sender as unacceptable. (refer to 13.04A, PUBLICATION SCREENING)

      4. Once separated, the mail will be delivered to the housing units by a rover.

      5. Once lights out is announced and inmates are locked down, the housing officers will then open all the mail, except legal mail, to check for contraband.

    a. <u>Legal mail</u> shall be opened in the presence of the addressee and inspected for contraband before being given to the inmate. (Refer to Section 13.04 III. D.)

    b. Mail containing money orders will not be accepted. Only Government Checks will be accepted.

    c. Night shift housing officers will be responsible for getting the recipient inmate's signature and clearly printed name and ID number on the back of the government check.

    d. As soon as possible and no later than the end of shift, the night shift housing officer or rover will take any endorsed government checks to the Cashier's Office for deposit.

6. Mail containing contraband will not be delivered to the inmate. No nude photographs/pornography or Polaroid type pictures will be allowed. Literature that promotes gang activity, violence, hatred, racism, or any other item that affects the security of the jail will not be allowed. This includes stamps, writing paper, envelopes, paperclips, metal fasteners, any type of adhesive sticker, including return address stickers and all other items considered as contraband in the Corrections Division Policies and Procedures Manual. A "Return to Sender" notice shall be completed and returned to the sender explaining why the item was unacceptable. One copy of the notice will go to the inmate and the original will be filed in the inmate's jacket.

7. Cardboard priority mail envelopes are not allowed in the facility. Upon receipt of the envelope it will be opened and checked for contraband. If the contents are allowed, they will be given to the inmate and the cardboard envelope will be discarded.

8. The inmate will endorse government checks, only if they are to be placed on the inmate's account.

9. All other checks will be placed directly into the inmate's property.

10. Mail that is sent to inmates from other facilities or institutions (jails/prisons) will not be accepted unless approved by the Watch Commanders. This includes third party mail.

B. <u>OUTGOING MAIL</u>:

1. The night shift housing officer will collect and secure all outgoing inmate mail.

2. The night shift housing officer or rover will deliver the outgoing inmate mail to the MCF Intake landing/MSCC Lobby.

3. The outgoing mail will be placed in the white bins marked "U.S. Mail".

4. At MCF, mail bins will be moved to the Lobby at the end of shift.

5. A mail carrier will pick up the outgoing mail on day shift.

6. Outgoing inmate mail will be picked up from all housing units every night after 2400 hours by a night shift rover. The mail will be delivered by the rover to the bins at the MCF Intake landing/MSCC Lobby.

7. Staff may read outgoing mail when there is a valid security reason and approved by the Corrections Division Commander.

8. Night shift personnel will then separate stamped mail from unstamped mail and place it into two boxes. Any non-mail items discovered will be removed and distributed appropriately (books to Library, inmate request forms to proper location, medical request cards to medical, etc.).

9. No writing, pictures, stickers, return labels or any other adhesive items, etc., are permitted on the envelope. Postage stamps, the addressee information and return address are the only items permitted on the envelope.

10. Inter and/or intra-facility's mail exchange, including third party mail, is not permitted without the approval of the Facility Commander.

11. Inmates without funds will advise the Service League staff person who is assigned to their housing unit. The Service League staff person will have jail staff conduct a KEEFE check. If it is determined that the inmate is indigent, the Service League staff will provide the inmate with pre-stamped envelopes.

C. **LEGAL MAIL DEFINITIONS:**

1. Legal Mail is defined as mail which is being mailed to or received from any State, Federal Court, any member of the State Bar or holder of public office, and the State Corrections Standards Authority.

2. Any letter or package which has marked on the outside of the envelope or wrapping, the words "Legal or Legal Mail" will be opened in front of the addressed inmate only. The mail will not be read. It will be inspected for contraband, cash, checks or money orders in the presence of the inmate.

3. Usually incoming legal mail will have the name of the attorney or public official in the return address part of the package, but not always. If there is no return address or if the letter or package has a return address of a private citizen, the letter/package will be delivered to the addressee.

    a. The housing officer will scan the material carefully for non-legal mail and items of contraband.

ATTN: NORTHERN DISTRICT COURT

Community senders are ordered by the Maguire Correctional Facility officials outside community to send handwritten custody mailed letters to address below outside to another state of Florida also in violation of inmates privacy act. to the United States Constitution

Mail Address To: Smart Jail Communication
San Mateo County Jail P.O. Box 9126 Seminole,
FL 33775-9126

# EXHIBIT B

2

# SAN MATEO COUNTY SHERIFF'S OFFICE

## MAGUIRE CORRECTIONAL FACILITY & MAPLE STREET CORRECTIONAL CENTER

### INMATE RULES, REGULATIONS & GENERAL INFORMATION

## MEDICAL & DENTAL CARE

We provide 24-hour health care services. If you wish to be seen by medical staff, please complete a medical service request form and put it into the provided drop box.

## SERVICE LEAGUE

The Service League volunteers are in the jail daily. If you have a request for service, fill out a service league request on the tablet. The Service League also provides religious services, help with family matters, as well as assistance with voting. They can provide very limited assistance with Law Library matters. The Law library can be accessed via tablet.

## COMMISSARY

Stationery, toiletries, and snack foods may be purchased from the commissary. Commissary schedules are posted on each housing unit. Charges for commissary items are deducted from inmate's account and receipts are provided upon delivery of items.

## VISITING

All visits from either facility are subject to monitoring and recording and may be shared with other law enforcement entities. Visits may be restricted or disallowed for inappropriate inmate or visitor conduct. Visitors are required to dress appropriately while visiting inmates within the facility or via video visits. Visitors who are not dressed appropriately will not be allowed to visit and may have their visit cancelled.

**WE RESERVE THE RIGHT TO ALTER AND/OR RESTRICT VISITS FOR ANY REASON THAT CONCERNS JAIL SECURITY.**

## TELEPHONES

All telephone calls made from either facility are subject to recording and monitoring and may be shared with other law enforcement entities. Upon verification of identity and relationship, the San Mateo County Sheriff's Office will respond to official requests of an inmate's attorney, licensed physician and/or religious advisor to have their telephone numbers blocked from recording. Third party calls are prohibited.

## MAIL

Inmate's incoming and outgoing mail will be monitored for safety and security reasons. Inmates have the right to correspond confidentially with State and Federal courts, any member of the State Bar or public office and the State Board of Corrections. Such correspondence shall be opened in the presence of the inmate to search for contraband and the exterior envelope will be discarded. Inmates may correspond confidentially with the Watch Commander or the Facility Commander. Inmates who are without funds shall be permitted at least two postage paid letters each week to permit correspondence with family members and friends. There is no limitation on the number of postage paid letters to his/her attorney or courts. Contact Service League for envelopes and writing paper. Facility approved newspapers, magazines, or books (SOFT COVER ONLY, NO USED ITEMS) must be sent directly from the publisher. Mail will not have any graffiti, logos or gang related markings contained within the mail. All mail with these marking will not be approved or sent out. No inter-facility correspondence or correspondence to/from any state/federal/prison/other facility correspondence via mail or third party will be permitted without the prior approval of the Facility Commander.

All incoming mail must be sent to the Smart Communications P.O. Box. Mail sent directly to the facility will be returned to sender.

## UNIFORM RULES OF CONDUCT

The uniform Rules of Prison Conduct includes general and specific rules for each inmate housed in all San Mateo county Correctional Facilities. Read and become familiar with these rules.

**IT IS YOUR RESPONSIBILITY TO KNOW AND OBEY THESE RULES.**

**THIS IS A ZERO TOLERANCE FACILITY (MCF/MSCC)**

## DISCIPLINE PROCEDURES

Violations of jail rules and regulations will result in disciplinary action. Written reports of violations and/or misconduct will be made available to the District Attorney, Probation Department, Courts, or your Parole Officer for their consideration at the time of your sentencing. Major violations and misconduct write-ups will be forwarded with your file if you are sentenced to state prison. Violations of jail rules and regulations are considered to be either: Major Violations of Minor Violations.

All rule violations will be reported by the observing Deputy/Correctional Officer. Per Title 15, the offending inmate will receive written notification of the charges for any violation that leads to disciplinary action being taken against him/her. If an inmate is charged with a Major Violation, he/she may request a hearing before the Housing Sergeant.

While in custody, inmates are required to work. Inmates will be given work assignments by the custody staff. Refusal of an inmate to work or to satisfactorily complete his work assignment will cause the inmate to be disciplined for failing to work. This may cause the inmate to lose work time credits.

**WHETHER A VIOLATION IS CONSIDERED MAJOR OR MINOR IS DETERMINED BY THE DISCIPLINE RECOMMENDED, NOT THE RULE NUMBER OF THE VIOLATION.**

**MAJOR** discipline may include, but is not limited to:

Case Name: _____  Case #: _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Pleading Title: _____  Page _____ of _____