UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL E. CHAPMAN,<br>　　　　　Plaintiff,<br>　　v.<br>SAN MATEO COUNTY,<br>　　　　　Defendant. | Case No. 21-cv-09038-HSG<br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* action pursuant to 42 U.S.C. § 1983, alleging that defendant San Mateo County has violated the First Amendment by prohibiting Plaintiff from receiving handwritten mail. Dkt. Nos. 16, 21.

On June 22, 2023, the Court GRANTED Defendants' motion for summary judgment because it is undisputed that the alleged policy challenged by Plaintiff – prohibiting inmates from receiving handwritten mail – does not exist. *See generally* Dkt. No. 38. The Court granted Plaintiff leave to file an amended complaint by July 21, 2023, to challenge San Mateo County's policy of requiring inmates to receive handwritten mail in electronic format. Dkt. No. 38 at 7-8. The Court instructed Plaintiff that failure to file an amended complaint in the time provided would result in the dismissal of this action without further notice. *Id.*

The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court. Accordingly, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint challenging San Mateo County's policy of requiring inmates to receive handwritten mail in electronic format and explaining why Plaintiff failed to timely file an amended complaint. The Clerk shall enter judgment in favor of Defendants and against Plaintiff,

and close the file.  The Clerk is directed to send a courtesy copy of this order and the related judgment to Plaintiff at the following address:  Marcel Earle Chapman, CDC No. BT2552, Wasco State Prison, 701 Scofield Avenue, P.O. Box 8800, Wasco CA 93280.[1]

**IT IS SO ORDERED.**

Dated:    8/8/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

---

[1] Plaintiff's current location is unclear.  On or about June 12, 2023, Plaintiff notified the Court that his address of record is: CDC #BT2552, CSP, Facility B5, Cell #131, Empireo CA 92251.  Dkt. No. 37.  However, as of August 8, 2023, the California Department of Corrections and Rehabilitations ("CDCR") Inmate Locator, lists Plaintiff as housed at Wasco State Prison.  *See* https://inmatelocator.cdcr.ca.gov (last visited August 8, 2023).  Plaintiff is reminded that a *pro se* party whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.  N.D. Cal. L.R. 3-11(a).
    The Court presumes that Plaintiff received the Court's order granting Defendants' motion for summary judgment and granting Plaintiff leave to file an amended complaint as that order was not returned to the Court as undeliverable.